On petition for review filed March 14, petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals for further consideration July 24, 1997

Allen WILKES,
dba S.A.W. Construction,
*Respondent on Review,*

*v.*

Dennis ZURLINDEN
and Sharie Zurlinden,
husband and wife,
*Petitioners on Review.*

Allen WILKES
and Shirley Wilkes,
dba S.A.W. Construction,
*Petitioners,*

*v.*

CONSTRUCTION CONTRACTORS BOARD,
Dennis Zurlinden and Sharie Zurlinden,
*Respondents.*

(CC 93-3620-L-3 and Agency No. 17988-101;
CA A91278 (Control), A91800; SC S44075)

940 P2d 518

John R. Huttl, of Frohnmayer, Deatherage, Pratt, Jamison & Clarke, P.C., Medford, filed the petition for petitioners on review.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Graber, and Durham, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the

** Kulongoski, J., did not participate in the consideration or decision of this case.

Court of Appeals for further consideration in the light of *Anderson v. Jensen Racing, Inc.*, 324 Or 570, 931 P2d 763 (1997) and *Domingo v. Anderson*, 325 Or 385, 938 P2d 206 (1997).